EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT CO
DISTRICT OF HAWAII

OCT 22 2003

at 4 o'clock and 32 min.
WALTER A.Y.H. CHINN, CLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONNIE KEITH HARRELL, (01) ) <br>    aka Layne R. Wiens, ) <br>    aka Ron Vaughn, ) <br> EDWARD RAMOS, (02) ) <br> CHAD GOMES, (03) ) <br> ) <br> Defendants. ) <br> _____) | Cr. No. **CR03-00514 DAE** <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 846 and 841] |

INDICTMENT

Count 1:

The Grand Jury charges that:

On or about October 6, 2003, in the District of Hawaii, Defendant CHAD GOMES did knowingly and intentionally possess with

intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

Count 2:

The Grand Jury further charges that:

From a date unknown to the Grand Jury up through and including on or about October 16, 2003, in the District of Hawaii, and elsewhere, the Defendants, RONNIE KEITH HARRELL, also known as LAYNE R. WIENS, also known as RON VAUGHN and EDWARD RAMOS, did conspire together and with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, to wit, approximately 2,300 grams (gross weight), its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendants and their co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1. Between the period October 5, 2003 and October 8, 2003, Defendant RONNIE KEITH HARRELL also known as LAYNE R.

WEINS, also known as RON VAUGHN, caused a parcel containing approximately 2,300 grams of methamphetamine to be sent from Las Vegas, Nevada, to EDWARD RAMOS in Maui, District of Hawaii by Federal Express.

2. During the period approximately between October 1, 2003, and October 8, 2003, Defendant EDWARD RAMOS provided Defendant RONNIE KEITH HARRELL, also known as LAYNE R. WIENS, also known as RON VAUGHN, information as to where the parcel containing methamphetamine should be sent.

3. On or about October 9, 2003, Defendant RONNIE KEITH HARRELL, also known as LAYNE R. WIENS, also known as RON VAUGHN, contacted Federal Express to ascertain the location of the parcel containing methamphetamine.

4. On or about October 15, 2003, Defendant RONNIE KEITH HARRELL, also known as LAYNE R. WIENS, also known as RON VAUGHN, arranged to have the Federal Express parcel containing methamphetamine delivered to a residence in Las Vegas, Nevada.

5. On or about October 17, 2003, Defendant RONNIE KEITH HARRELL, also known as LAYNE R. WIENS, also known as RON VAUGHN, drove to the residence in Las Vegas, Nevada for the purpose of receiving the Federal Express parcel.

All in violation of 21 U.S.C. §846.

//
//

Count 3:

The Grand Jury further charges that:

On or about October 8, 2003, in the District of Hawaii, Defendant EDWARD RAMOS did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B).

DATED: October 22, 2003, Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Ronnie Keith Harrell, et. al
"Indictment"
   Cr. No.

4